**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-1715**

---

DAVID S. PENNER; JASON W. PENNER,

Plaintiffs - Appellants,

versus

UNITED STATES POSTAL SERVICE,

Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Paul Trevor Sharp, Magistrate Judge. (CA-93-489-2)

---

Submitted: November 30, 1995          Decided: January 16, 1996

---

Before WILKINS, HAMILTON, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David S. Penner, Jason W. Penner, Appellants Pro Se. Benjamin H. White, Jr., Assistant United States Attorney, Gill Paul Beck, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the magistrate judge's order denying relief in a contract dispute with the United States Postal Service.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Penner v. United States Postal Service</u>, No. CA-93-489-2 (M.D.N.C. Feb. 21, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1988).

2